■ In the Matter of HOLY TRINITY GREEK ORTHODOX CHURCH OF HICKSVILLE, INC., Appellant, v DANIEL CASEY et al., Constituting the Board of Zoning Appeals of the Town of Oyster Bay, Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of the Board of Zoning Appeals of the Town of Oyster Bay, dated October 22, 1987, which, after a hearing, denied the petitioner's application for a special use variance for reduction of off-street parking spaces, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Roncallo, J.), dated July 25, 1988, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

The record contains substantial evidence that the 50-space off-street parking deficiency generated by the proposed use would have a negative impact on the surrounding community and, consequently, the denial of the petitioner's application for a variance was reasonably related to the public health, safety and welfare of the Town of Oyster Bay *(see, Cornell Univ. v Bagnardi,* 68 NY2d 583). Mangano, J. P., Thompson, Bracken and Eiber, JJ., concur.